| | |
|---|---|
| 1 | DANA L. DOUGLAS, Bar No. 158548 |
| | ddouglas@thedouglaslawgroup.com |
| 2 | THE DOUGLAS LAW GROUP |
| | 11780 Central Ave., Suite 105 |
| 3 | Chino, CA 91710 |
| | Telephone: 909.548.3340 |
| 4 | Facsimile:  866.927.0571 |

JENNIFER ROBINSON, Bar No. 148333
JenRobinson@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile:  615.383.3323

STACEY E. JAMES, Bar No. 185651
sjames@littler.com
LITTLER MENDELSON, P.C.
501 West Broadway, Suite 900
San Diego, CA 92101-3577
Telephone: 619.232.0441
Facsimile:  619.232-4302

Attorneys for Defendant
NAVIHEALTH, INC.

**FILED**
CLERK, U.S. DISTRICT COURT
11/09/2020
CENTRAL DISTRICT OF CALIFORNIA
BY:       WH         DEPUTY

LINK #27

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA MRAZ, | Case No. 2:19-cv-05215 PSG (AFMx) |
| Plaintiff, | District Judge: Philip S. Gutierrez |
| | Magistrate Judge: Alexander F. MacKinnon |
| v. | |
| NAVIHEALTH, INC.; DOES 1-20, inclusive, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41(A)(1)(A)(2)** ; ORDER |
| Defendant. | Action Filed: June 14, 2019 |

<u>**STIPULATION**</u>

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties;

JOINT STIPULATION FOR DISMISSAL

2:19-cv-05215 PSG (AFMx)

each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 28, 2020

/s/ Dana L. Douglas
DANA L. DOUGLAS
THE DOUGLAS LAW GROUP
Attorneys for Plaintiff
ANDREA MRAZ

Dated: September 28, 2020

/s/ Stacey E. James
JENNIFER ROBINSON
STACEY E. JAMES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NAVIHEALTH, INC.

**IT IS SO ORDERED.**
DATED: 11/09/2020
_____
**U.S. DISTRICT JUDGE**

JOINT STIPULATION FOR DISMISSAL

2.      2:19-cv-05215 PSG (AFMx)

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stacey E. James, counsel for naviHealth, Inc., and that I have obtained Ms. James' authorization to affix her electronic signature to this document.

Dated:   September 28, 2020

/s/ Dana L. Douglas
DANA L. DOUGLAS
THE DOUGLAS LAW GROUP
Attorneys for Plaintiff
ANDREA MRAZ